# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **TRAXCELL TECHNOLOGIES, LLC.,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**CELLCO PARTNERSHIP,**<br><br>　　　　Defendant | Case No. 6:24-mc-00613-ADA<br><br><br>**Jury Trial Demanded** |

## JOINT STIPULATION FOR FINAL JUDGMENT

Plaintiff Traxcell Technologies, LLC. ("Traxcell") and Defendant Cellco Partnership ("Verizon") (collectively, "the Parties") submit this joint stipulation for final judgment, subject to Traxcell's right to appeal, in light of the Court's Order[1] denying Traxcell's Temporary Restraining Order and Motion for Preliminary Injunction, as the Court's Order found "Traxcell has no reasonable likelihood of prevailing in this case because the Verizon Fee Order is not void under Rule 60(b)(4).2."[2]  Thus, Traxcell cannot establish a required element of its cause of action under Rule 60(d)(1), that the Verizon Fee Award is void.  Traxcell seeks to appeal the Court's Order's finding that the Verizon Fee Award is not void.  The parties thus stipulate that final judgment should be entered against Traxcell's sole cause of action under Rule 60(d)(1) seeking to void the Verizon Fee Award, with prejudice, subject to Traxcell's right of appeal.

　　**PRAYER FOR RELIEF**

---

[1] Doc. No. 25.
[2] Id. at 15.

WHEREFORE, the Parties respectfully request that this Court enter Final Judgment with Traxcell to take nothing and Verizon as the prevailing party.

**For Traxcell Technologies, LLC, approved by:**

Respectfully,

**Ramey LLP**

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
wramey@rameyfirm.com
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)

*Attorneys for Traxcell Technologies, LLC*

**For Cellco Partnership, approved by:**

*/s/ Jacob K. Baron*
Jacob K. Baron
jacob.baron@hklaw.com
(*Pro hac vice*)
Joshua Krumholz
Joshua.krumholz@hklaw.com
(*Pro hac vice* forthcoming)
Allison M. Lucier
allison.lucier@hklaw.com
(*Pro hac vice*)
HOLLAND & KNIGHT LLP
10 Saint James Avenue, 11th Floor
Boston, MA 02116
Telephone: 617.523.2700
Facsimile: 617.523.6850

Will Sterling
william.sterling@hklaw.com

(*Pro hac vice*)
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: (617) 305-2024
Facsimile: (415) 743-6910

Gilbert A. Greene
TX State Bar No. 24045976
Email: BGreene@duanemorris.com
DUANE MORRIS LLP
Las Cimas IV
900 S. Capital of Texas Highway, Suite 300
Austin, TX 78746
Telephone: (512) 277-2246
Facsimile: (512) 597-0703

Kevin P. Anderson
DC Bar No. 476504
(*Pro hac vice* forthcoming)
kpanderson@duanemorris.com
DUANE MORRIS LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004
Telephone: 202.776.5213
Facsimile: 202.315.3169

Deron R. Dacus
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*